UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| EDWARD MATHEWS, | ) CV 08-3655-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the ALJ is affirmed and the Complaint dismissed.

DATED: July 23, 2009

_____/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE